UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**THURMAN FULLER,** ET AL.,

  Plaintiffs,

v.                                        No. 4:20-cv-0297-P

**RABALAIS OIL AND GAS,**

  Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

  The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 58. No objections were timely filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge concludes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

  The Court therefore **GRANTS** Defendant's Motion for Summary Judgment. ECF No. 41. Accordingly, it is **ORDERED** that this lawsuit is **DISMISSED with prejudice.**

  **SO ORDERED** on this **18th day** of **October, 2021.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE